

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**FILED**

**JAN 1 4 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Kw l4___ DEPUTY

January 11, 2008

Clerk, US District Court, Southern District of California
Mr. Sam Hamrick, Clerk
Edward J. Schwartz United States Courthouse, Ste 4290
940 Front Street
San Diego, CA 92101

Re:   Transfer of our Civil Case No. __CV 07-7042 FMC (AJWx)__

   Case Title: __ECOMMERCE INNOVATIONS, LLC v. MARKETING ADVANTAG__

Dear Sir/Madam:                              **'08 CV 0084 IEG JMA**

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket.  Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office.  Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

**MADELINA GUERRERO**

By _____
   Deputy Clerk

cc:   All counsel of record

===================================================================================================

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
   Deputy Clerk

1
2
3
4
5

I hereby attest and certify on 1-11-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

M Guerrero
DEPUTY CLERK



1095

JS - 6

6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC., a Nevada limited liability company, <br><br>               Plaintiff, <br><br> vs. <br><br> MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation doing business as Emitations.com; AU-CO MAI, an individual; and DOES 1 to 50, inclusive, <br><br>               Defendants. | Case No.2:07-cv-07042-FMC-AJWx <br><br> ORDER GRANTING MOTION TO DISMISS/TRANSFER FOR IMPROPER VENUE |

21
22
23
24
25
26
27
28

This matter is before the Court on Defendants' Motion to Dismiss for Improper Venue (docket no. 16), filed on December 4, 2007. The Court has read and considered the moving, opposition, and reply documents submitted in connection with this motion. The Court deems this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for January 14, 2008 is removed from the Court's

1

1  calendar.  For the reasons and in the manner set forth below, the Court hereby

2  GRANTS Defendants' Motion.

3  ### FACTUAL BACKGROUND AND PROCEDURAL HISTORY

4      This is an action for federal trademark infringement and false designation,

5  together with related state law claims.  Plaintiff, Ecommerce Innovations, LLC, is

6  alleged to be a well-known jewelry distributor and the holder of a registered

7  trademark and service mark (reg. no. 3124880) for "Inspired Silver." Plaintiff

8  sells its jewelry out of its store located in Torrance, CA, as well as on the internet

9  at www.inspiredsilver.com. (Compl. ¶¶ 4, 8, 12.)

10      Defendant Marketing Advantages International, Inc. ("Marketing

11  Advantages") is "an online jewelry retailer that sells designer and celebrity-

12  inspired jewelry at affordable prices." (Mai Decl. ¶ 3.)  It has its only office in

13  San Diego, CA, from which it operates and maintains its website,

14  www.emitations.com.  (*Id.* at ¶¶ 4-5.) Individual Defendant Au-Co Mai ("Mai")

15  is the current President of Marketing Advantages and a resident of San Diego

16  County. (*Id.* at ¶¶ 9-10.)

17      In its Complaint, Plaintiff alleges that Defendants are diverting potential

18  customers of Plaintiff by (1) using the "Inspired Silver" Mark as a keyword

19  trigger on Google, causing the search engine to list the Emitations Website when

20  a user inputs "Inspired Silver" as a search request; (2) using the "Inspired Silver"

21  Mark in "metadata" so as to attract Internet users; and (3) otherwise creating the

22  false impression that Defendants are related to Plaintiff. (Compl. ¶ 10.)  Plaintiff

23  further alleges that Defendants are using the "Emitations" website to sell products

24  that are confusingly similar to those of Plaintiff.  (*Id.* at ¶ 19.)

25      By means of the instant motion, Defendants seek to dismiss this action for

26  improper venue or, alternatively, to transfer the action to the Southern District of

27

28

1  California, pursuant to 28 U.S.C. § 1406(a).

2  **STANDARD OF LAW**

3       Federal Rule of Civil Procedure 12(b)(3) permits a defendant to move for

4  dismissal due to improper venue. Fed. R. Civ. P. 12(b)(3). In civil actions where

5  jurisdiction is not founded solely on diversity of citizenship, venue is proper in

6  (1) a judicial district where any defendant resides, if all defendants reside in the

7  same State; or (2) a judicial district in which a substantial part of the events or

8  omissions giving rise to the claim occurred, or a substantial part of property that

9  is the subject of the action is situated; or (3) a judicial district in which any

10  defendant can be found, if there is no district in which the action may otherwise

11  be brought. 28 U.S.C. § 1391(b)(1)-(3).

12       In deciding a motion to dismiss under Rule 12(b)(3), the Court may

13  consider facts outside of the complaint. *See Argueta v. Banco Mexicano, S.A.*,

14  87 F.3d 320, 324 (9th Cir. 1996) ("Analysis under Rule 12(b)(3) . . .permits the

15  district court to consider facts outside of the pleadings."). "Once a defendant has

16  raised a timely objection to venue, the plaintiff has the burden of showing that

17  venue is proper." *See, e.g., Bohara v. Backus Hosp. Med. Ben. Plan*, 390 F.

18  Supp. 2d 957, 960 (C.D. Cal. 2005) (citing *Piedmont Label Co. v. Sun Garden*

19  *Packing Co.*, 598 F.2d 491 (9th Cir. 1979)). However, the court must draw all

20  reasonable inferences and resolve all factual conflicts in the plaintiff's favor.

21  *Murphy v. Schneider Nat'l, Inc.*, 362 F.3d 1133, 1137-39 (9th Cir. 2004).

22       If venue is improper, the court must either dismiss or, in the interest of

23  justice, transfer the case to a district having proper venue. 28 U.S.C. § 1406(a).

24  **DISCUSSION**

25  **I.**    **Whether Venue is Proper in This District**

26      **A.**    **Residence**

27       Defendants have provided evidence that they are not residents of the

28

3

1   Central District of California. (*See* Mai Decl. ¶¶ 4-10.)  Plaintiff does not dispute

2   this evidence nor does it otherwise attempt to argue that venue is proper in this

3   district based on residence under 28 U.S.C. § 1391(b)(1).   (*See* Opp'n at 1

4   ("Indeed, ECI does not dispute that Defendants' residence is in the Southern

5   District of California.").)

**B.    Substantial Part of Events or Omissions Giving Rise to Plaintiff's Claims**

Plaintiff maintains that venue is nonetheless proper in this district under

28 U.S.C. § 1391(b)(2) because "a substantial part of the events" on which its

claims are based occurred in this district.  However, the evidence does not

support this conclusion.  As Defendants indicate, all of Marketing Advantage's

operations (including website maintenance and order processing) take place in

the Southern District, and (web-based) sales to Central District residents

"represent a fractional amount of Marketing Advantage's total sales."  (Mai

Decl. ¶¶ 5, 8.)

Plaintiff counters by arguing that the substantial "effects" of Defendants'

conduct are felt in this district because Plaintiff is based here.  (*See* Opp'n at 3-

4.)  Plaintiff also argues that venue is proper because Defendants have

"purposefully availed themselves to suit in this district."  (*Id.* at 4-5.)  However,

in making these arguments, Plaintiff is conflating the "minimum contacts"

analysis utilized for establishing personal jurisdiction with the more rigorous

requirements of the venue provision.  *See, e.g., Gulf Ins. Co. v. Glasbrenner,* 417

F.3d 353, 357 (2d Cir. 2005) ("It would be error, for instance, to treat the venue

statute's 'substantial part' test as mirroring the minimum contacts test employed

in personal jurisdiction inquiries.") (citations omitted); *see also Jenkins Brick*

*Co. v. Bremer*, 321 F.3d 1366, 1371 (11th Cir. 2003) (rejecting authority as

"incorrect because its flavor was that of a 'minimum contacts' personal

28                                          4

1  jurisdiction analysis rather than a proper venue analysis."). Accordingly, without
2  more, the Court cannot find that venue lies in this district under 28 U.S.C. §
3  1391(b)(2).

4  **II.    Transfer**

5       In the instant case, venue is clearly proper in the Southern District of
6  California, where both Defendants unequivocally reside. Transfer, rather than
7  dismissal, is the appropriate course of action under 28 U.S.C. § 1406(a).

8  **CONCLUSION**

9       For all of the forgoing reasons, Defendants' Motion (docket no. 16) is
10  GRANTED. This matter is hereby TRANSFERRED to the United States
11  District Court for Southern District of California.

12

13  IT IS SO ORDERED.
14  January 9, 2008

15                FLORENCE-MARIE COOPER, Judge
16                UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28  5

(AJWx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-07042-FMC-AJW

| | |
|---|---|
| Ecommerce Innovations, LLC v. Marketing Advantages International, Inc. et al | Date Filed: 10/29/2007 |
| | Date Terminated: 01/11/2008 |
| Assigned to: Judge Florence-Marie Cooper | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Andrew J. Wistrich | Nature of Suit: 840 Trademark |
| Cause: 15:1121 Trademark Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Ecommerce Innovations, LLC**
*a Nevada LLC*

represented by **Jason Howard Fisher**
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
213-891-0700
Email: jfisher@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S Solmon**
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
213-891-0700
Email: msolmon@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Wachtell**
Buchalter Nemer
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017-5704
213-891-5761
Email: mwachtell@buchalter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian H Newman**
Buchalter Nemer
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
213-891-0700
Email: bnewman@buchalter.com
*ATTORNEY TO BE NOTICED*



I hereby attest and certify on 1-11-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

M Guerrero
DEPUTY CLERK

1095

V.

**Defendant**

**Marketing Advantages International, Inc.**
*a California corporation*
*doing business as*
Emitations.com

represented by **Christopher Y Lock**
Mayfield & Associates
462 Stevens Avenue - Suite 303
Solana Beach, CA 92075-2066

858-793-8090
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle J Mayfield-Venieris**
Mayfield and Associates
462 Stevens Avenue - Ste 303
Solana Beach, CA 92075-2066
858-793-8090
Email: mayfield@mayfield-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Lynn Bustarde**
Mayfield and Associates
462 Stevens Ave, Suite 303
Solana Beach, CA 92075-2066
858-793-8090
Email: bustarde@mayfield-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Au-Co Mai**
*an individual*

represented by **Christopher Y Lock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gayle J Mayfield-Venieris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Lynn Bustarde**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 to 50*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | COMPLAINT against Defendants Marketing Advantages International, Inc., Au-Co Mai, DOES 1 to 50. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiff Ecommerce Innovations, LLC. (et) (Entered: 11/04/2007) |
| 10/29/2007 | | 20 DAYS Summons Issued re Complaint - (Discovery) [1] as to Marketing Advantages International, Inc., Au-Co Mai, DOES 1 to 50. (et) (Entered: 11/04/2007) |
| 10/29/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Ecommerce Innovations, LLC. (et) (Entered: 11/04/2007) |
| 10/29/2007 | | FAX number for Attorney Jason Howard Fisher, Matthew S Solmon, Michael L Wachtell is 213-896-0400. (et) (Entered: 11/04/2007) |
| 11/06/2007 | 3 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge J. Spencer Letts. ORDER case returned to the Clerk for random reassignment pursuant to General Order |

| | | |
|---|---|---|
| | | 07-02. Case randomly reassigned from Judge J. Spencer Letts and Andrew J. Wistrich to Judge Florence-Marie Cooper and Andrew J. Wistrich for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-7042 FMC (AJWx). (rn) (Entered: 11/06/2007) |
| 11/09/2007 | 4 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Ecommerce Innovations, LLC. (mg) (Entered: 11/16/2007) |
| 11/27/2007 | 8 | Original Summons Returned filed by Plaintiff Ecommerce Innovations, LLC. as to Marketing Advantages International, Inc., Au-Co Mai, DOES. (csi) (Entered: 12/06/2007) |
| 11/27/2007 | 9 | NOTICE AND ACKNOWLEDGEMENT OF SERVICE of Summons an Complaint returned Executed filed by Plaintiff Ecommerce Innovations, LLC. upon Marketing Advantages International, Inc. acknowledgment sent by Plaintiff on 11/5/2007, answer due 1/4/2008. Acknowledgment of Service signed by signature cannot be read, Attorney for defendant. (csi) (Entered: 12/06/2007) |
| 11/27/2007 | 10 | NOTICE AND ACKNOWLEDGEMENT OF SERVICE of Summons an Complaint returned Executed filed by Plaintiff Ecommerce Innovations, LLC. upon Au-Co Mai acknowledgment sent by Plaintiff on 11/5/2007, answer due 1/4/2008. Acknowledgment of Service signed by cannot read signature, attorneys for defendant. (csi) (Entered: 12/06/2007) |
| 12/04/2007 | 12 | MEMORANDUM of Points and Authorities in Support of Motion to Dismiss for Improper Venue filed by Defendants Marketing Advantages International, Inc., Au-Co Mai. (dp) (Entered: 12/07/2007) |
| 12/04/2007 | 13 | DECLARATION of Au Co Mai in support of Defendants Motion to Dismiss filed by Defendants Marketing Advantages International, Inc., Au-Co Mai. (dp) (Entered: 12/07/2007) |
| 12/04/2007 | 14 | DECLARATION of Melissa L. Bustarde in support of defendant's motion for improper venue filed by Defendants Marketing Advantages International, Inc., Au-Co Mai. (dp) (Entered: 12/07/2007) |
| 12/04/2007 | 15 | OF SERVICE filed by defendant Marketing Advantages International, Inc., Au-Co Mai, served on 12/4/07 that the Motion to Dismiss, Memorandum of Points and Authorities, and Declarations (dp) (Entered: 12/07/2007) |
| 12/04/2007 | 16 | NOTICE OF MOTION AND MOTION to Dismiss for Improper Venue [FRCP 12(b)(3)] filed by Defendants Marketing Advantages International, Inc. and Au-Co Mai.Motion set for hearing on 1/14/2008 at 01:00 PM before Judge Florence-Marie Cooper. (gk) (Entered: 12/09/2007) |
| 12/05/2007 | 7 | NOTICE OF DISCREPANCY AND ORDER by Judge Florence-Marie Cooper, ORDERING Notice of Interested Parties submitted by Defendants Marketing Advantages International, Inc., Au-Co Mai received on 12/4/07 is not to be filed but instead rejected. Denial based on: No proof of service attached to documents. (mg) (Entered: 12/06/2007) |
| 12/05/2007 | 17 | Declaration of Service by Mail filed by Defendants Marketing Advantages International, Inc., Au-Co Mai, re Memorandum of Points and Authorities in Support of Motion 12, Notice of Motion and Motion to Dismiss for Improper Venue 16, Declaration of Au-Co Mai in support of Motion 13, Declaration of Melissa L. Bustarde, Esq 14 served by US mail on 12/4/07. (lom) (Entered: 12/10/2007) |
| 12/06/2007 | 5 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. ADR Pilot Program Questionnaire attached.(csl) (Entered: 12/06/2007) |
| 12/06/2007 | 6 | MINUTES OF IN CHAMBERS ORDER ON TRANSFER OF CASE TO JUDGE COOPER by Judge Florence-Marie Cooper : This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States District Judge. Please |

| | | |
|---|---|---|
| | | substitute the initials FMC in place of the initials JSL. The case number will now read: 2:07-cv-07042-FMC-AJWx. Henceforth, it is imperative that the initials FMC be used on all documents to prevent any delays in processing of documents. The hearing on defendants Motion to Dismiss For Improper Venue, filed December 4, 2007, is hereby reset for Monday, January 14, 2008 at 10:00 a.m. SEE ORDER FOR DETAILS. (csl) (Entered: 12/06/2007) |
| 12/06/2007 | 11 | NOTICE of Interested Parties filed by Defendants Marketing Advantages International, Inc., Au-Co Mai. (Attachments: # 1 Proof of Service by Mail)(Mayfield, Gayle) (Entered: 12/06/2007) |
| 12/10/2007 | 18 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found: Document was manually filed in paper form at the civil filing window. The Court authorized mandatory electronic-filing in patent, trademark and copyright cases, effective 11/1/2007. Title page lacks counsel's e-mail address, pursuant to Local Rule 11-3.8(a): RE Defendant Marketing Advantages International, Inc. and Au-Co Mai's Notice of Motion and Motion to Dismiss for Improper Venue filed 12/4/2007 16. (gk) (Entered: 12/10/2007) |
| 12/21/2007 | 19 | MEMORANDUM in Opposition to MOTION to Dismiss for Lack of Jurisdiction 16 filed by Plaintiff Ecommerce Innovations, LLC. (Newman, Brian) (Entered: 12/21/2007) |
| 01/07/2008 | 20 | REPLY in support MOTION to Dismiss for Lack of Jurisdiction 16 filed by Defendants Marketing Advantages International, Inc., Au-Co Mai. (Bustarde, Melissa) (Entered: 01/07/2008) |
| 01/08/2008 | 21 | MINUTES OF IN CHAMBERS ORDER RE ELECTRONIC FILING PROCEDURES FOR JUDGE COOPER by Judge Florence-Marie Cooper : SEE ORDER FOR DETAILS. (csl) (Entered: 01/08/2008) |
| 01/11/2008 | 22 | ORDER by Judge Florence-Marie Cooper GRANTING Motion to Dismiss/Transfer for Improper Venue. transferring The matter is hereby TRANSFERRED to the United States District Court for the Southern District of CA. (MD JS-6. Case Terminated.) (mg) (Entered: 01/11/2008) |
| 01/11/2008 | 23 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (Attachments: # 1 Order Dismissing Case) (mg) (Entered: 01/11/2008) |
| 01/11/2008 | 24 | TRANSMITTAL of documents: Entire Original Case File, Certified copy of Transfer Order, of Docket Sheet and Form CV 22 sent to USDC, Southern District of CA (mg) (Entered: 01/11/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/11/2008 09:19:24 | | |
| PACER Login: | us3877 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:07-cv-07042-FMC-AJW |
| Billable Pages: | 4 | Cost: | 0.32 |

1   Mayfield & Associates - Attorneys at Law
    Gayle Mayfield-Venieris, Esq., Bar No. 149296
2   Melissa L. Bustarde, Esq., Bar. No. 239062
    Christopher Y. Lock, Esq., Bar No. 246815
3   462 Stevens Avenue, Suite 303
    Solana Beach, CA 92075-2066
4   Tel: (858) 793-8090
    Fax: (858) 793-8099

5

6   Attorneys for: Defendants Marketing Advantages
    International, Inc. and Au-Co Mai
7



8                   **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

10  ECOMMERCE INNOVATIONS, LLC, a          Case No.: Cv07-07042 JSL (ajwx) *filed via fax*
    Nevada limited liability company,
11                                                  **DECLARATION OF SERVICE BY MAIL**
            Plaintiff,
12                                                       **[FRCP 5; CCP § 1013a]**

13          vs.

14  MARKETING ADVANTAGES
    INTERNATIONAL, INC., a California
15  Corporation doing business as
    Emitations.com; AU-CO MAI, an individual;
16  and DOES 1 through 50,



DOCKETED ON CM

DEC 10 2007

BY _____ 115

17          Defendants.

18

19      I, Melissa L. Bustarde, declare:

20      1.      I am, and was at the time of service hereinafter mentioned, over the age of 18

21  years and not a party to the above-entitled cause.  My business address is 462 Stevens Avenue,

22  suite 303, Solana Beach, CA 92075.  I am employed in San Diego County, California.

23      2.      On December 4, 2007 I served Defendant Marketing Advantages International,

24  Inc. and Au-Co Mai's Notice of Motion and Motion to Dismiss for Improper Venue, Defendant

25  Marketing Advantages International, Inc. and Au-Co Mai's Memorandum of Points and

26  Authorities in Support of Motion to Dismiss for Improper Venue, Declaration of Au-Co Mai in

27  Support of Defendant Marketing Advantages International, Inc. and Au-Co Mai's Motion to

28  Dismiss for Improper Venue, Declaration of Melissa L. Bustarde, Esq. in Support of Defendant's

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1    Motion to Dismiss for Improper Venue, and Notice of Interested Parties by placing for collection

2    and deposit in the United States mail a copy of the documents at Mayfield & Associates, 462

3    Stevens Avenue, Suite 303, in Solana Beach, San Diego County, California in a sealed envelope,

4    with postage fully prepaid, addressed to Jason H. Fisher, Esq., Buchalter Nemeber, 1000

5    Wilshire Blvd, Suite 1500, Los Angeles, CA 90017, who is the attorney of record for the plaintiff

6    Ecommerce Innovations, LLC in the above-entitled cause.

7        3.        I am familiar with the practice of Mayfield & Associates for the collection and

8    the processing of correspondence for mailing with the United States Postal Service.  In

9    accordance with the ordinary course of business, the above-mentioned documents would have

10   been deposited with the United States Postal Service on December 4, 2007, the same day on

11   which they were placed at Mayfield & Associates for deposit.

12       I declare under penalty of perjury that the foregoing is true and correct.

13

14   Dated: December 4, 2007

15

16   Melissa L. Bustarde

17

18

19

20

21

22

23

24

25

26

27

28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**2 of 2**
Declaration of Service by Mail

TOTAL P.03

BUCHALTER NEMER A Professional Corporation
Michael L. Wachtell (SBN: 47218)
Jason H. Fisher (SBN: 222982)
Matthew S. Solmon (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700/Facsimile: (213) 896-0400

**FILED**

2007 NOV 27 PM 3: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada LLC | CASE NUMBER<br>CV-07-07042 JSL (AJWx) |
| PLAINTIFF(S) | |
| v. | **NOTICE AND ACKNOWLEDGMENT OF**<br>**RECEIPT OF SUMMONS AND COMPLAINT** |
| MARKETING ADVANTAGES INTERNATIONAL, et al. | (For use with State Service only) |
| DEFENDANT(S). | |

**To:**  AU-CO MAI, an individual

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was
sent via overnight courier on
mailed on __November 5, 2007.__

_____
Signature of Sender
Jason H. Fisher – Attorneys for Plaintiff

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at
__4162 Stevens Ave, Suite 303, Solana Beach, Ca 92075__ on __11/14/2007__
Address                                                                                        Date

_____
Signature

Attorneys for AU-CO MAI, an individual

DOCKETED ON CM
DEC 6 2007

CV-21 (02/04)              NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
C:\DOCUMEN~1\BMILLER\LOCALS~1\Temp\Notice Of Acknowledgment Of Receipt Of Summons And Complaint [0].doc

American LegalNet, Inc.
www.FormsWorkflow.com

BUCHALTER NEMER, A Professional Corporation
Michael L. Wachtell (SBN: 4721)
Jason H. Fisher (SBN: 222982)
Matthew S. Solmon (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700/Facsimile: (213) 896-0400

**FILED**

2007 NOV 27 PH 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada LLC | CV-07-07042 JSL (AJWx) |
| PLAINTIFF(S) | |
| v. | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT** (For use with State Service only) |
| MARKETING ADVANTAGES INTERNATIONAL, et al. | |
| DEFENDANT(S). | |

**To:** MARKETING ADVANTAGES INTERNATIONAL, INC.

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was ~~sent via overnight courier on~~
mailed on  November 5, 2007.

_____
Signature of Sender
Jason H. Fisher — Attorneys for Plaintiff

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

4167 Stevens Ave. Suite 303, Solana Beach, Ca 92075  on  11/14/2007
_____Address_____        _____Date_____

_____
Signature

DOCKETED ON CM

DEC  6 2007

BY _____ 087

Attorneys for Marketing Advantages International, Inc.
*Relationship to Entity/Authority to Receive Service of Process*

| | |
|---|---|
| CV-21 (02/04) | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT |

American LegalNet, Inc.
www.FormsWorkflow.com

BUCHALTER NEMER, A Professional Corporation
Michael L. Wachtell (SBN:472 )
Jason H. Fisher (SBN: 222982)
Matthew S. Solmon (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Telephone: (213) 891-5761
Facsimile: (213) 896-0400

FILED

2007 NOV 27  PM 3: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada LLC,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation doing business as Emitations.com, AU-CO MAI, an indiviual, and DOES 1 to 50,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV07-07042  FMC<br>(AJWx)<br><br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Buchalter Nemer, whose address is:
Suite 1500
1000 Wilshire Boulevard
Los Angeles, California 90017-2457

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within 20 days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated:    OCT 2 9 2007

By: _Kendra Bradshaw_
Deputy Clerk

*(Seal of the Court)*

DOCKETED ON CM

DEC  6 2007

BY _____

CV-01A (01/01)                                SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

BUCHALTER NEMER
A Professional Corporation
Michael L. Wachtell (SBN: 47218)
Jason H. Fisher (SBN: 222982)
Matthew S. Solmon (SBN: 237363)
1000 Wilshire Boulevard
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
ATTORNEYS FOR:   Plaintiff Ecommerce Innovations

FILED

2007 OCT 29 PM 1: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada LLC,<br><br>Plaintiff(s)<br><br>v.<br><br>MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation doing business as Emitations.com, AU-CO MAI, an individual, and DOES 1 TO 50,<br>Defendant(s). | CASE NUMBER<br><br>**CV07-07042 JSL AJWx**<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Ecommerce Innovations, LLC, a Nevada LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Ecommerce Innovations, LLC, a Nevada LLC | Plaintiff |
| Marketing Advantages International, Inc, a California corporation doing business as Emitations.com | Defendant |
| AU-CO MAI, an individual | Defendant |

Date  October 23, 2007

Sign
Jason H. Fisher

Attorney for Plaintiff

Attorney of record for or party appearing in pro per

DOCKETED ON CM

NOV - 4 2007

BY    067

American LegalNet, Inc.<br>www.USCourtForms.com

BUCHALTER NEMER, A Professional Corporation
Michael L. Wachtell (SBN:47218)
Jason H. Fisher (SBN: 222982)
Matthew S. Solmon (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Telephone: (213) 891-5761
Facsimile: (213) 896-0400

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FOR OFFICE USE ONLY

ECOMMERCE INNOVATIONS, LLC, a Nevada
LLC,

PLAINTIFF(S)

v.

MARKETING ADVANTAGES INTERNATIONAL,
INC., a California corporation doing business as
Emitations.com, AU-CO MAI, an indiviual, and DOES
1 to 50,

DEFENDANT(S).

CASE NUMBER

CV07-07042 JSL AJWx

**SUMMONS**

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Buchalter Nemer, whose address is:
Suite 1500
1000 Wilshire Boulevard
Los Angeles, California 90017-2457

FOR OFFICE USE ONLY

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within 20 days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated:   OCT 2 9 2007

By:   KENDRA BRADSHAW

Deputy Clerk

(Seal of the Court)

DOCKETED ON CM

NOV - 4 2007

BY

American Legal Net, Inc.
www.USCourtForms.com

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

ECOMMERCE INNOVATIONS, LLC, a Nevada LLC

**DEFENDANTS**
MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation dong business as Emitations.com, AU-CO MAI, an individual, and DOES 1 TO 50

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
(213) 891-0700

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify): ☐ 6 Multi District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1051

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI(405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**  Case Number: _____ CV07-07042

---

American LegalNet, Inc.
www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

      Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

      San Diego County

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

      Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ /Jason H. Fisher **Date** October 25, 2007

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV07- 7042 JSL (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[_] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[_] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

*Given Trademark Forms & Dismissal of Does*

1  BUCHALTER NEMER
   A Professional Corporation
2      MICHAEL L. WACHTELL (SBN: 47218)
       JASON H. FISHER (SBN:  222982)
3      MATTHEW S. SOLMON (SBN: 237363)
   1000 Wilshire Boulevard, Suite 1500
4  Los Angeles, CA  90017-2457
   Telephone: (213) 891-0700
5  Facsimile: (213) 896-0400

6  Attorneys for Plaintiff
   Ecommerce Innovations LLC
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                CV 07-07042 JSL AJWx

11  ECOMMERCE INNOVATIONS,          Case No.
    LLC, a Nevada LLC,
12                                  **Complaint for:**
             Plaintiff,
13                                  **1. Federal Trademark Infringement;**
          vs.
14                                  **2. False Designation in Interstate**
    MARKETING ADVANTAGES           **Commerce;**
15  INTERNATIONAL, INC., a
    California corporation doing     **3. Unfair Business Practices pursuant**
16  business as Emitations.com, AU-CO **to California Business and Professions**
    MAI, an individual, and DOES 1 to **Code §17200; and**
17  50,
                                    **4. False Advertising pursuant to**
18           Defendants.           **California Business and Professions**
                                    **Code §17500.**
19
                                    **Demand for Jury Trial**
20

21      Plaintiff ECOMMERCE INNOVATIONS, LLC ("ECI" or "Plaintiff")

22  alleges as follows:

23              **JURISDICTION AND VENUE**

24      1.    This action is for, *inter alia*, infringement of ECI's service marks in

25  violation of the laws of the United States.  This Court has jurisdiction pursuant to

26  15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a) in that this case arises

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

                        1

2007 OCT 29  PM 1: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___
FILED

DOCKETED ON CM
NOV - 4 2007
BY ___ 067

1    under the laws of the United States pursuant to the Lanham Act, 15 U.S.C. §§1051

2    *et seq.*

3        2.    This Court has supplemental jurisdiction over the claims herein

4    arising under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b)

5    and 1367 in that said claims are so related to Plaintiff's federal claims that they

6    form part of the same case or controversy under Article III of the United States

7    Constitution.

8        3.    Venue is properly asserted against MARKETING ADVANTAGES

9    INTERNATIONAL, INC. doing business as Emitations.com ("Emitations") and

10    AU-CO MAI ("Mai") (Emitations and Mai are hereinafter referred to collectively

11    as "Defendants"), in this District under 28 U.S.C. § 1391(b) in that a substantial

12    part of the events or omissions giving rise to the claims herein arose in this

13    District.  Additionally, Defendants regularly conduct business via the Internet in

14    California, live, reside and/or have their principal place of business in California,

15    and, as such, maintain the requisite minimum contacts to be subject to personal

16    jurisdiction in California under 28 U.S.C. §1391(c).

17                                    **PARTIES**

18        4.    ECI is a Nevada limited liability company qualified to do business in

19    California and having its principal place of business at 2675 SkyPark Drive Suite

20    204, Torrance, California 90505.  ECI is now, and for many years has been,

21    engaged in the business of selling jewelry at its storefront location and on the

22    Internet at its website located at www.inspiredsilver.com throughout the United

23    States and the rest of the world.

24        5.    Upon information and belief, Defendant Emitations is a California

25    corporation, conducting business at 6162 Mission Gorge Rd. Ste G, San Diego,

26    CA 92120 and on the Internet with residents of many states, including California.

27        6.    Upon information and belief, Defendant Mai is an individual residing

28    or conducting business at 6162 Mission Gorge Rd. Ste G, San Diego, CA 92120

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1   and is the President of Emitations and its proprietor and has willfully caused the

2   actions of Emitations complained of herein.

3      7.    DOES 1 to 50 are presently unidentified entities who may be liable

4   under one or more of the claims in the matter complained of herein.

## INTRODUCTION

6      8.    ECI is a well known jewelry distributor that has a brick-and-mortar

7   storefront at 2675 SkyPark Drive Suite 204, Torrance, California 90505 and a

8   successful website on the Internet located at: www.inspiredsilver.com ("Domain

9   Name"). ECI first began using the name Inspired Silver on or about January 1,

10  2003. ECI registered the Domain Name on or about January 2, 2003 and

11  immediately began doing business via its website at the Domain Name using the

12  trademark and service mark "INSPIRED SILVER" ("Inspired Silver Mark").

13  Over the past 4+ years, ECI has built a strong following and the name INSPIRED

14  SILVER has acquired secondary meaning as a designation of source or origin of

15  the goods and services ECI provides under the name INSPIRED SILVER.

16     9.    On information and belief, Defendants run a website on the Internet

17  located at: www.emitations.com ("Emitations Website"). The Emitations Website

18  is a direct competitor of ECI in the same marketplace. In or about June 2007, ECI

19  discovered Defendants' use of the trademark INSPIRED SILVER, which is

20  identical to, and confusingly similar to, ECI's trade name and ECI's federally

21  registered trademark.

22     10.   This use included, but was not limited to, attempting to attract

23  potential ECI customers by using the Inspired Silver Mark (as well as the

24  confusingly similar "Inspired Sliver" phrase – with the "L" and "I" switched) as a

25  keyword trigger on the Google website by affirmatively requesting that the

26  Google Adwords program list the Emitations Website when a Google user inputs

27  "Inspired Silver" as a search request; using the Inspired Silver Mark in its

28  "metadata" so as to attract Internet users; and creating the false impression that

1  Defendants were related to ECI ("Palming Off") in order to induce their business

2  or cause initial interest confusion.  Upon information and belief, Defendants are

3  profiting from the use of the Inspired Silver Mark on the Emitations Website and

4  the Google search engine by diverting customers from ECI to the Emitations

5  Website.

6       11.  Defendants' use of the Inspired Silver Mark is in bad faith and with

7  an intent to profit, and forms the underlying basis of this dispute.

8  **THE ECI MARK**

9       12.  Through extensive and continuous use, ECI has developed significant

10 trademark rights in the phrase INSPIRED SILVER and owns the federally

11 registered trademark for INSPIRED SILVER in International Class 014 with date

12 of first use of January 1, 2003 (Registered August 1, 2006, Reg. No. 3124880).

13 This registration identified is valid and subsisting.

14      13.  ECI's actual and intended class of consumers, throughout the world,

15 are persons intent on buying jewelry.

16      14.  ECI has devoted substantial time, effort, and resources in the

17 establishment of the goodwill, consumer recognition, and worldwide reputation of

18 the Inspired Silver Mark.

19      15.  ECI has also expended significant resources to advertise its jewelry

20 products and jewelry sales services under the Inspired Silver Mark, throughout the

21 United States in multiple media including, but not limited to, the Internet and print

22 advertisements.

23      16.  ECI has not abandoned the Inspired Silver Mark and continues to use

24 it to date.

25 **FIRST CLAIM**

26 **Federal Trademark Infringement Under 15 U.S.C. §1116 _et seq_**

27      17.  ECI hereby realleges, repeats, and incorporates paragraphs 1 -16

28 above as though set forth in full.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1      18.   Defendants' use of ECI's Inspired Silver Mark is likely to cause

2  consumers to be confused, mistaken, or deceived.

3      19.   ECI is informed and believes that Defendants' action of diverting

4  consumers to websites that use the Inspired Silver Mark and where confusingly

5  similar products and retail services are advertised, offered for sale, and/or sold, is

6  likely to cause consumers to be confused, mistaken, or deceived as to the services

7  emanating from ECI.  As such, there is, at a minimum, a likelihood of confusion

8  between ECI's use of the Inspired Silver Mark and Defendants' use of the Inspired

9  Silver Mark.

10     20.   ECI targets the consumers seeking to purchase jewelry via the

11  Internet and the ECI Website, which are the same class of consumers targeted by

12  the Defendants.

13     21.   Defendants intend for consumers to be confused, mistaken, or

14  deceived so as to continue generating profits from maintenance of the Emitations

15  Website using the Inspired Silver Mark.

16     22.   Defendants' continued use of the Inspired Silver Mark damages, and

17  will continue to damage, ECI's reputation and goodwill, as consumers are likely to

18  initially be confused as to whether ECI is the source and origin of such products

19  and/or services.

20     23.   Unless restrained, Defendants will continue the acts complained of

21  herein, all to ECI's irreparable damage in that it will be extremely difficult to

22  ascertain the amount of compensation that would afford ECI adequate relief.

23     24.   By reason of the foregoing, ECI has suffered and continues to suffer

24  damages and injury to its business, goodwill, and profits and, therefore, ECI is

25  entitled to the relief provided for in the Lanham Act.

26

27

28

## SECOND CLAIM

### False Designation in Interstate Commerce Under 15 U.S.C. § 1125(a)

25.   ECI re-alleges each and every allegation contained in paragraphs 1 through 24 as though set forth in full herein.

26.   Defendants' acts as described herein constitute a false designation of origin, and a false or misleading description and representation of fact, which is likely to cause consumers to be confused, mistaken, or deceived as to ECI's being the origin or sponsor of the products and/or services offered on the Emitations Website.

27.   Defendant committed these acts with the intent to cause consumers to be confused, mistaken, or deceived as to the source and origin of the jewelry products and retail services displayed on the Emitations Website, and to trade off ECI's name and the value of the Inspired Silver Mark.

28.   ECI has suffered, and will continue to suffer, irreparable injury from Defendants' use of the Inspired Silver Mark, and the misappropriation and infringement of the Inspired Silver Mark and, therefore, is entitled to relief pursuant to the Lanham Act.

## THIRD CLAIM FOR RELIEF

### Unfair Business Practices under California Business and Professions Code § 17200

29.   ECI re-alleges each and every allegation contained in paragraphs 1 through 28 as though set forth in full herein.

30.   Defendants committed the acts alleged herein with the intent to cause consumers to be confused, mistaken, or deceived as to the source and origin of the jewelry products and retail services displayed on the Emitations Website, and to trade off ECI's name and the value of the Inspired Silver Mark.

31.   Defendants' acts were committed with the intent to pass off and palm off jewelry products and retail services of their own as those of ECI, and with the

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1  intent to deceive and defraud the consuming public, which is an unfair business

2  practice.

3      32.    ECI has suffered, and will continue to suffer, irreparable injury from

4  Defendants' use of the Inspired Silver Marks, and, therefore, is entitled to all relief

5  available under the laws of the State of California.

6  **FOURTH CLAIM FOR RELIEF**

7  **False Advertising Pursuant to California Business and Professions**

8  **Code §17500**

9      33.    ECI re-alleges each and every allegation contained in paragraphs 1

10  through 32 as though set forth in full herein.

11      34.    By displaying the Inspired Silver Mark on its website, using the

12  Inspired Silver Mark in its Metadata and using the Inspired Silver Mark as a

13  keyword trigger to attract consumers to its advertisements, Defendant has falsely

14  advertised jewelry products and retail services in the United States, including

15  California.

16      35.    Said use of the term "Inspired Silver" is a false designation of origin,

17  and a false or misleading description and representation of fact, which is likely to

18  cause consumers to be confused, mistaken, or deceived as to the origin, affiliation,

19  sponsorship, or approval by or with ECI of the jewelry products and retail services

20  advertised by Defendants on the Emitations Website.

21      36.    ECI has suffered, and will continue to suffer, irreparable injury from

22  Defendants' continued use of the Inspired Silver Mark on the Emitations Website

23  and the misappropriation and infringement of the Inspired Silver Mark, and,

24  therefore, is entitled to relief pursuant to the laws of the State of California.

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, ETC.

1

## **PRAYER FOR RELIEF**

2      WHEREFORE, ECI prays for judgment against Defendants, and each of

3  them, as follows:

4      1.    For a permanent injunction ordering Defendants, its agents, servants,

5  employees, attorneys, and all persons in active concert or participation with

6  Defendants to refrain from using the name or mark "INSPIRED SILVER" or any

7  other mark or corporate name identical to or substantially similar to "INSPIRED

8  SILVER", infringing the Inspired Silver Mark, describing its products or services

9  as "INSPIRED SILVER" or anything substantially similar thereto, or diluting or

10  injuring the reputation of ECI or the Inspired Silver Mark;

11      2.    For treble Defendants' profits or Plaintiff's lost profits, whichever is

12  higher, in an amount to be determined in court, as well as costs and attorney fees

13  pursuant to 15 U.S.C. 1117(b);

14      3.    For such other and further relief as this Court deems just and proper.

15

16  DATED: October _23_, 2007      BUCHALTER NEMER
                                    A Professional Corporation

17

18                                  By:

19                                     JASON H. FISHER
                                       Attorneys for Plaintiff
20                                     Ecommerce Innovations LLC

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

8

COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, ETC.

1

## __DEMAND FOR A JURY TRIAL__

2  Pursuant to F.R.C.P. 38(b), Ecommerce Innovations LLC hereby demands a

3  trial by jury in this action of any issues triable by jury.

4  DATED: October 23, 2007      BUCHALTER NEMER
                                A Professional Corporation
5

6

7  By: _____
                JASON H. FISHER
8              Attorneys for Plaintiff
              Ecommerce Innovations LLC
9

10  BN 1439888v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, ETC.