# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 15, 2008

Jason Howard Fisher
Buchalter Nemer
1000 Wilshire Blvd; Suite 1500
Los Angeles, CA 90017-2457

RE:
Ecommerce Innovations, LLC v. Marketing Advantages International, Inc. et al

You are hereby notified that the above entitled case was on 1/14/08 transferred from the US District Court, Central District of California to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Irma E Gonzalez, and on all future filings please show the case number as 08cv0084(IEG)(JMA).

W. Samuel Hamrick, Jr.
Clerk of Court

By:     s/J. Hinkle
       Deputy Clerk