1 | **Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
2 | Melissa L. Bustarde, Esq., Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
3 | 462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
4 | Tel: (858) 793-8090
Fax: (858) 793-8099

6  Attorneys for: COUNTERCLAIMANTS/DEFENDANTS MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARKETING ADVANTAGES INTERNATIONAL, INC., a California Corporation doing business as Emitations.com; AU-CO MAI, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No.: 08cv0084 IEG (JMA)<br><br>**PROOF OF SERVICE VIA EFILE OF COUNTERCLAIMANTS/DEFENDANTS' MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI'S COUNTERCLAIM**<br><br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation, d/b/a emitations.com, and AU-CO-MAI, an individual.<br><br>Counterclaimants,<br><br>vs.<br><br>ECOMMERCE INNOVATIONS, LLC, a Nevada limited liability company, d/b/a inspiredsilver.com, and ROES 1 through 50.<br><br>Counterdefendants. | |

///

///

I, Melissa L. Bustarde, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On January 22, 2008, I filed **COUNTERCLAIMANTS/DEFENDANTS' MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI'S COUNTERCLAIM FOR: 1. CANCELLATION OF PLAINTIFF ECOMMERCE INNOVATIONS, LLC'S TRADEMARK; and, 2. CIVIL LIABILITY FOR FALSE OR FRAUDULENT REGISTRATION** in Case No. 08 cv 0084 on the Court's CM/ECF system. The following counsel was electronically served with the aforementioned document via the CM/ECF system pursuant to Local Rule 5.4(c):

Jason H. Fisher: jfisher@buchalter.com

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on January 22, 2008.

Dated: January 22, 2008                Mayfield & Associates


By: /s/
    Melissa L. Bustarde, Esq.
    Attorneys for DEFENDANTS MARKETING
    ADVANTAGES INTERNATIONAL, INC.
    AND AU-CO MAI