**Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq., Bar. No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: DEFENDANTS MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARKETING ADVANTAGES INTERNATIONAL, INC., a California Corporation doing business as Emitations.com; AU-CO MAI, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No.: 08cv0084 IEG (JMA)<br><br>**PROOF OF SERVICE VIA EFILE OF DEFENDANTS MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI'S ANSWER TO COMPLAINT**<br><br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |

I, Melissa L. Bustarde, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On January 22, 2008, I filed **DEFENDANTS MARKETING ADVANTAGES INTERNATIONAL, INC. AND AU-CO MAI'S ANSWER TO COMPLAINT** in Case No. 08 cv 0084 on the Court's CM/ECF system. The following counsel were electronically served with the aforementioned document via the CM/ECF system pursuant to Local Rule 5.4(c):

Jason H. Fisher: jfisher@buchalter.com

1  I declare under penalty of perjury under the laws of the United States, State of California
2  that the foregoing is true and correct and that this declaration was executed on January 22, 2008.

3

4  Dated: January 22, 2008           Mayfield & Associates

5

6                                    By: /s/ _____
                                        Melissa L. Bustarde, Esq.
7                                       Attorneys for DEFENDANTS MARKETING
                                        ADVANTAGES INTERNATIONAL, INC.
8                                       AND AU-CO MAI