FILED
08 MAR 11 PM 3:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Ecommerce Innovations, LLC,

      Plaintiff,

v.

Marketing Advantages International, Inc., et al.,

      Defendants.

Case Number: 08-CV-0084-IEG (JMA)

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties, having settled this case, hereby voluntarily consent to have United States Magistrate Judge Jan M. Adler conduct any and all further proceedings in this case, and order the entry of a final judgment. The parties specifically consent to United States Magistrate Judge Jan M. Adler deciding any dispute that may arise out of the terms of the settlement agreement once completed. This consent is valid for a period of two (2) years from the date this order is signed by the District Judge;

  Any decision by the Magistrate Judge regarding any such dispute(s) shall be **FINAL AND BINDING, WITH NO APPEAL**.

Signature: [signed]
Print name: GAYLE MAYFIELD-VENIERIS
Indicate attorney/plaintiff/defendant/other: ATTY - DEF.
Date: 3/5/08

Signature: [signed]
Print name: HU-CO Mai
Indicate attorney/plaintiff/defendant/other: DEFENDANT/COUNTERCLAIMANT
Date: 3/5/08

Signature: [signed]
Print name: JASON H. FISHER, ESQ.
Indicate attorney/plaintiff/defendant/other: Atty for Ecommerce Innovations, LLC
Date: 3/5/08

Signature: [signed]
Print name: DAVID STRAGER
Indicate attorney/plaintiff/defendant/other: CEO/President of Ecommerce Innovations, LLC
Date: 3/5/08

## ORDER OF REFERENCE

  **IT IS HEREBY ORDERED** that this case be referred to the Honorable Jan M. Adler, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

3/11/08
Date

[signed] Irma E. Gonzalez
United States District Judge

K:\COMMON\Adler\CASES\Ecommerce\consent.wpd