1 | **BUCHALTER NEMER**
A Professional Corporation
MICHAEL L. WACHTELL (SBN: 47218)
JASON FISHER (SBN: 222982)
MATTHEW S. SOLMON (SBN: 237363)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: jfisher@buchalter.com

Attorneys for Counterdefendant/Plaintiff
ECOMMERCE INNOVATIONS, LLC

**MAYFIELD & ASSOCIATES**
ATTORNEYS AT LAW
GAYLE MAYFIELD-VENIERIS (SBN: 149296)
mayfield@mayfield-law.com
MELISSA L. BUSTARDE, ESQ. (SBN: 239062)
bustarde@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099
Attorneys for Defendants/Counterclaimants
MARKETING ADVANTAGES
INTERNATIONAL, INC. AND AU-CO MAI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br><br>      vs.<br><br>MARKETING ADVANTAGES INTERNATIONAL, INC., a California corporation doing business as Emitations.com; AU-CO MAI, an individual; and DOES 1 through 50,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 08cv0084 IEG (JMA)<br><br>**ORDER FOR PERMANENT INJUNCTION AND DISMISSAL** |

BN 1911928v1

**ORDER FOR PERMANENT INJUNCTION AND DISMISSAL**

1  As per the Joint Motion for Permanent Injunction and Dismissal as agreed to
2  by the parties, the Court orders as follows:
3  1. The dismissal with prejudice of this Action, including all Claims by
4  Plaintiff and all Counterclaims by Defendants and all applicable affirmative
5  defenses.  Each party to bear its own costs;
6  2. A Permanent Injunction Ordered as follows:
7  A. On or before April 30, 2008, Defendants shall cease and desist and
8  permanently refrain from all use of all of the following phrases:
9  i. "INSPIRED SILVER";
10 ii. Any transpositions, misspellings and/or addition or subtraction
11 of letters of the word "Inspired" immediately followed by any transpositions,
12 misspellings and/or additions or subtraction of letters of the word "Silver"
13 ("Disallowed IS Phrase").  By way of example, this includes, but is not limited to,
14 Inspired, Inspored, Inspried, Nspired, Nispired, Inspred, Nspred, Inpired and Silver,
15 Slver, Sliver, Lsver, Lsiver, Solver, Salver, Silvr; and
16 iii. Nothing herein prevents Defendants' from using the word
17 "inspired" with one or more words in normal sized text in between it and the word
18 "silver;" provided, however, that Defendants' may not place a really small invisible
19 letter in between the words "inspired" and "silver."  In other words, placing a really
20 small invisible letter, such as "Inspired a Silver", so it would look like the two
21 words are one after another, but in a way that the computer code reads that there is
22 one word in between, although though the letter is invisible.
23 B. Defendants' agreement to permanently refrain from all use of the
24 Disallowed IS Phrase, includes online and offline use of the Disallowed IS Phrase,
25 including but not limited to, using the Disallowed IS Phrase as a trigger for search
26 engines, throughout the Emitations website, and in all media now known or
27 hereafter devised.  This shall not stop Defendants from using the
28

1  words "Inspired" or "Silver" so long as they are not used directly next to each other
2  or used in any way specified herein that is in violation of this Agreement;

3      C.    On or before April 30, 2008, ECI shall cease and desist and
4  permanently refrain from all use of the phrase "EMITATIONS" and any
5  transpositions, misspellings and/or addition or subtraction of letters of the word
6  "EMITATIONS." By way of example, this includes, but is not limited to, eations,
7  eimitation, eimitations, ematation, ematations, emations, emetations, emitaitons,
8  emitation, emitator, emitators, emiations. This shall not stop ECI from using the
9  word "imitation", or derivatives thereof beginning with the letter "i", including but
10 not limited to, imitations, imitation, imatation, imatations, and imiations. ECI's
11 agreement to permanently refrain from all use of "EMITATIONS" includes online
12 and offline use of Emitations, including but not limited to, using the Emitations as a
13 trigger for search engines, throughout the Inspired Silver website, and in all media
14 now known or hereafter devised;

15     3.    Continuing jurisdiction of Honorable Judge Jan Adler and the United
16 States District Court, Southern District of California until April 18, 2010; and

17     4.    Such other relief as deemed necessary to effectuate the terms of the
18 Settlement Agreement attached hereto as Exhibit "A" and incorporated herein by
19 reference as though set forth in full.

        IT IS SO ORDERED.

DATED:  May 4, 2008

*[signature]*
IRMA E. GONZALEZ, Chief Judge
United States District Court